FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

**JUN 08 2023**

ARTHUR JOHNSTON
BY _____ DEPUTY

Latney
_____
(Last Name)      (Identification Number)

Dennis
_____
(First Name)            (Middle Name)

_____
(Institution)
0463 County Rd 320
_____
(Address)
(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)
Enterprase MS 3-33

V.          CIVIL ACTION NUMBER:     2:23-cv-87-KS-MTP
                                    _____
                                    (to be completed by the Court)

Kramer Law Firm pllc
Edward Kramer
Beth Jordan
_____
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (X)    No (  )

B.  Are you presently incarcerated?
    Yes (  )    No (✓)

C.  At the time of the incident complained of in this complaint, were you incarcerated because
    you had been convicted of a crime?
    Yes (  )    No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes (✓)    No (  )

E.  At the time of the incident complained of in this complaint, were you an inmate of the
    Mississippi Department of Corrections (MDOC)?
    Yes (  )    No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes (  )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Dennis Latney     Prisoner Number: 157253

Address: 6463 County Rd 320 Enterprise MS 39330

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Edward Kramer is employed as Lawyar

at Kramer Law Firm pllc

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Edward Kramer

ADDRESS: 106 S. Archusa Avenue Quitman, MS 39355

DEFENDANT(S):

NAME: Beth Jordan

ADDRESS: 106 S. Archusa Avenue Quitman MS. 39355

Page 2 of 4

**OTHER LAWSUITS FILED BY PLAINTIFF**

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any lawsuits in a court of the United States?    Yes ( ✓ )  No (   )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you.  (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
  1.    Parties to the action: _Sheiff Todd Kemp and_
         _Barry White_

  2.    Court (if federal court, name the district; if state court, name the county): _____
         _Southern District of Mississippi_
         _Eastern division_

  3.    Docket Number: _____

  4.    Name of judge to whom case was assigned: _Michel T parker_

  5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?) _Still Pending_
         _____

CASE NUMBER 2.
  1.    Parties to the action: _____

         _____

  2.    Court (if federal court, name the district; if state court, name the county): _____

         _____

  3.    Docket Number: _____

  4.    Name of judge to whom case was assigned: _____

  5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?) _____

         _____

## STATEMENT OF CLAIM

III.     State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

## RELIEF

IV.     State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

150000 and them to be Removed from Job

Signed this 24 day of May , 20 23 .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dennis Lashvey

**Signature of plaintiff**

Page 4 of 4

To Magistrate Judge Micheal T. Parker
I Dennis R Latney is writing you
On the behave of the state apointed Attorney
I was Issued to Represent. Which is
Edward Kramer and his Parelegeal Beth Jordan
I want to Know if I Can Processed with
an Law suit against the two of them for
for insuffent Counseling and Lying under an
Sworn Oaths, failure to uphold there duty as my
Attorney. Not Repersenting me to the best
of they abilty. I been filing for an
Preliminary Hearing on the Acussed Charges
that im being held here at Clarke County Jail
On. Which I filed on 3/21/23 the Day after
Returning back here from yazoo CCF
Today is 4/28/23 therefor the Charges Suppose to
be dissmissed. I Still havent been infornt of
an Judge yet. also He's telling me there's
No Such thing as they have 270 Days Law
Dealing with Inditment. Its Been Longer
then 270 Days And I Still havent been
Indited. therefore all this make the
Acussed Charges be an No true Bill.
At this monment accord to Law I am
being unwilly, unlawfully being held
he at Clarke County Jail against my own
will. Thats (Kidnep) Im ask the Courts

Can I file this Law on the above
Clam and get an relief from it for my
Pain and Suffering, Lust time, and falsely
being accussed. I need Justice the Law firm
Is Kramer Law Firm pllc, 1016 S. Archusa Avenue
Quitman, Ms 39355


x Dennis Lathey
May 25, 2023