UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Mar 18 2024

ARTHUR JOHNSTON, CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DENNIS LATNEY**                                                      **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 2:23cv87-KS-MTP**

**KRAMER LAW FIRM, PLLC, EDWARD**
**KRAMER, and BETH JORDAN**                                          **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.   Pursuant to

the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby,

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18ʳᵉ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE